ORIGINAL

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
568 Halekauwila Street, 2^(ND) Floor
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
Email: Attyegg@aol.com
Attorney for Defendant
TIMOTHY JAMES SULLIVAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 6 2006

at 2 o'clock and 55 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY JAMES SULLIVAN, aka "Tim",<br><br>Defendant. | CR. NO. 05-00300 JMS - 09<br><br>SUPPLEMENTAL LETTER OF SUPPORT; LETTER FROM MARY SULLIVAN; CERTIFICATE OF SERVICE |

## SUPPLEMENTAL LETTER OF SUPPORT

COMES NOW defendant, TIMOTHY JAMES SULLIVAN, through his counsel, EMMANUEL G. GUERRERO, and respectfully submits a Letter of Support on behalf of the Defendant submitted by Defendant's wife, Mary Sullivan, of which letter is attached hereto.

DATED: Honolulu, Hawaii, September 5, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant
TIMOTHY JAMES SULLIVAN