Dear Judge Seabright,

  I am writing on behalf of my husband Tim Sullivan. We have been married for nearly fifteen years and we have two gorgeous children together. Our daughter is Christina Elizabeth; she is fourteen years old and is going to be a freshman in High School this fall. Christopher Lucas, our son, is eleven years old now and this will be his last year in Intermediate school.

  It is difficult to raise children alone especially because they are going through so many changes being a pre-teen and a teenager, but immensely hard without their dad. Tim is a wonderful man, everybody likes him, and he has no enemies. He is handsome, intelligent, funny and charming. Because of his incarceration I am struggling desperately to make ends meet while I raise our children. I was a stay-at-home mom for many years. I was able to be home for our children because Tim worked very hard to advance quickly in his field and maintain the position as a manager of an automotive shop for almost ten years.

  Tim Sullivan is a good father, and since he has been in prison it's our children that have suffered the most I am afraid. They don't understand how he could have been taken away from them, and it is painful for me to try to explain everything and find an answer to the difficult questions they ask. They are angry and upset - not because we have very little money now, had to sell a lot of things, and move out of our home, but because we had to move away from some very close friends, and mostly because they feel they have lost their daddy. Our children are growing so fast (as kids do), and Tim has not been able to see them for over a year. He is so very far away and has missed two of each of his children's birthdays. Not to mention all of the other little things in life that they want to share with him.

  We know that Tim has made some bad decisions, and the consequences have been immense. We miss him so much. We also realize that he must still take responsibility for his actions and is indebted to fix all that he has wronged.

  Please Judge Seabright I am imploring you to be generous to Tim. He is the love of my life and the father of my children. As I believe that this is primarily your decision, I am begging you that he is sent to Colorado for the remainder of his time in prison. We need him, and he needs to be near us to help him through this.

                 Thank you sincerely,

                 Mary Sullivan