# CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document will duly mailed and/or hand-delivered to the following:

1)    Mr. MICHAEL KAWAHARA
      Assistant United States Attorney
      Room 6-100, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

      Attorney for Plaintiff
      UNITED STATES OF AMERICA

2)    Ms. ANNE M. SHIMOKAWA
      U.S. Probation Officer
      U.S. Probation Office, District of Hawaii
      300 Ala Moana Boulevard
      Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, September 5, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant
TIMOTHY JAMES SULLIVAN