# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
568 Halekauwila Street, 2ND Floor
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
Email: Attyegg@aol.com
Attorney for Defendant
TIMOTHY JAMES SULLIVAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY JAMES SULLIVAN, aka "Tim",<br><br>Defendant. | ) CR. NO. 05-00300 JMS - 09<br>)<br>) SECOND SUPPLEMENTAL<br>) LETTER OF SUPPORT; LETTER<br>) FROM KIMBERLY KLINKER;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND SUPPLEMENTAL LETTER OF SUPPORT

COMES NOW defendant, TIMOTHY JAMES SULLIVAN, through his counsel, EMMANUEL G. GUERRERO, and respectfully submits a Letter of Support on behalf of the Defendant submitted by Defendant's sister, Kimberly Klinker, of which letter is attached hereto.

DATED: Honolulu, Hawaii, September 7, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant
TIMOTHY JAMES SULLIVAN