## CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document will duly mailed and/or hand-delivered to the following:

1)     Mr. MICHAEL KAWAHARA
       Assistant United States Attorney
       Room 6-100, PJKK Federal Building
       300 Ala Moana Boulevard
       Honolulu, Hawaii 96850

       Attorney for Plaintiff
       UNITED STATES OF AMERICA

2)     Ms. ANNE M. SHIMOKAWA
       U.S. Probation Officer
       U.S. Probation Office, District of Hawaii
       300 Ala Moana Boulevard
       Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, September 7, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant
TIMOTHY JAMES SULLIVAN