AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00300-009 JMS
DEFENDANT: TIMOTHY JAMES SULLIVAN, aka "Tim"

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 82 MONTHS

*UNITED STATES DISTRICT COURT*
*DISTRICT OF HAWAII*
*DEC 29 2006*
*at 1 o'clock and 10 min. PM*
*SUE BEITIA, CLERK*

[✔] The court makes the following recommendations to the Bureau of Prisons:
1) Englewood, Colorado. 2) Florence, Colorado.
That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  10-20-2006  to  FPC Florence
at  Florence, Colorado , with a certified copy of this judgment.

for: R. Wiley, Warden
~~UNITED STATES MARSHAL~~

By  W. Heim, STS
~~Deputy U.S. Marshal~~