ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at 2 o'clock and 10 min P M
SUE _____, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 05-0626 BMK |
| | ) | |
| Plaintiff, | ) | WARRANT FOR ARREST |
| | ) | |
| VS. | ) | |
| | ) | |
| TIMOTHY JAMES SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

**WARRANT FOR ARREST**

TO:  THE UNITED STATES MARSHAL AND ANY OTHER AUTHORIZED
     UNITED STATES OFFICER.

You are hereby commanded to arrest **TIMOTHY JAMES SULLIVAN** and bring him/her forthwith to the nearest U.S. Magistrate Judge to answer a Criminal Complaint charging him/her with conspiring to distribute and to possess with intent to distribute methamphetamine in the District of Hawaii, all in violation of Title 21, United States Code, Section 841(a)(1).

NAME & TITLE OF ISSUING
 JUDICIAL OFFICER:          KEVIN S.C. CHANG
                            U.S. Magistrate Judge
                            District of Hawaii

SIGNATURE OF ISSUING
 JUDICIAL OFFICER:          _____

DATE & LOCATION:            Honolulu, Hawaii, July 21, 2005.

THIS IS A "NO BAIL" WARRANT.

**RETURN**

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

    This warrant was received and executed with the arrest of the above-named defendant at _Las Vegas, NV_____

_____.

DATE WARRANT RECEIVED: _____

DATE ARREST EFFECTED: ___8/21/05_____

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

NAME & TITLE OF ARRESTING OFFICER: _for USMS, NV_____

SIGNATURE OF ARRESTING OFFICER: _[signature]_____
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++